**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN CIVIL CASE

**LARRY VINCENT FERRELL,**

    **Plaintiff,**

    v.                                Civil Action 2:10-cv-1138
                                      Judge Algenon L. Marbley
                                      Magistrate Judge Elizabeth P. Deavers

**SHERIFF GEORGE LAVENDER, JR., et al.,**

    **Defendants.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the November 28, 2012 Order, the Court GRANTED [17] Motion for Summary Judgment; adopting Report and Recommendations re [20] Report and Recommendations. DISMISSES WITHOUT PREJUDICE Plaintiff's medical indifference claims, DISMISSES Plaintiff's HIPAA claims for lack of standing; and DECLINES to exercise supplemental jurisdiction over Plaintiff's remaining state-law medical malpractice claim, DISMISSING this claim WITHOUT PREJUDICE. Judgment is entered accordingly.

Date: November 28, 2012                          **John Hehman, Clerk**

                                                        s/Betty L. Clark
                                                     Betty L. Clark/Deputy Clerk